UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| THOMAS L. ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:09CV12SNLJ(LMB) |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Having received no objections thereto,

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Lewis M. Blanton (#18), filed February 1, 2010, be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FINALLY ORDERED** that the decision of the Commissioner of Social Security be and is **REVERSED,** and pursuant to Sentence four of 42 U.S.C. § 405(g), **REMANDED** to the Commissioner for further proceedings. This Court does not retain jurisdiction of this case.

Dated this   2nd   day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE